

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2017

No. 04-16-00680-CR

Marcos Vincent **DELEON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5491
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due April 3, 2017. No further extensions of time will be considered absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2017.

_____
Keith E. Hottle
Clerk of Court